# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RAMIRO AND ANA MENDOZA,

*Plaintiff*

v.

Civil Action No.   4:18-CV-5113-TOR

ALLSTATE INDEMNITY COMPANY,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   All claims and causes of action in this matter are DISMISSED without prejudice; and without attorneys' fees or costs to
any party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge            Thomas O. Rice                              on the parties' Joint Stipulation
for Dismissal ECF No. 35.

Date:   February 12, 2020            CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen